1  Edouard V. Rosa, State Bar #108600
   E-mail: evrosalaw@att.net
2  LAW OFFICES OF EDOUARD V. ROSA
   28047 Dorothy Drive, Suite 305
3  Agoura Hills, California 91301
   Telephone: (818) 735-0590
4  Facsimile: (818) 735-0594

5

   Attorney for Plaintiff
6  CARS 4 CAUSES

7

8                    UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11 CARS 4 CAUSES, a California Corporation    )  Case No.: CV11- 10315 DMG (SHx)
                                              )
12                    Plaintiff,              )  COMPLAINT FOR DECLARATORY
                                              )  JUDGMENT OF NON-INFRINGEMENT OF
13         v.                                 )  SERVICE MARK, COMPLAINT FOR
                                              )  SERVICE MARK INFRINGEMENT, FALSE
14 WORKS OF LIFE INTERNATIONAL               )  DESIGNATION OF ORIGIN, DILUTION,
   MINISTRIES, INC., a Nevada Corporation,   )  CYBER PIRACY, CANCELLATION OF
15 CAMERON L. ARBALLO aka CAMERON L.         )  FEDERAL SERVICE MARK
   ARBALLO, JR. and aka VINCENT EVERETT,     )  REGISTRATION, TRADENAME
16 an individual and  DOES 1 Through 10, inclusive. )  INFRINGEMENT, UNFAIR COMPETITION
                                              )  AND UNFAIR TRADE PRACTICES
17
                                              )
18                    Defendants.             )  DEMAND FOR JURY TRIAL
                                              )      [F.R. Civ. P. 38(b)]
19                                            )
                                              )
20                                            )
                                              )
21 _____ )

22

23

24

25    Plaintiff alleges as follows:

26         1.     Plaintiff, CARS 4 CAUSES, is a California public benefit corporation

27 organized under the laws of California, having its principal place of business at 4864

28 Market Street, Suite D, Ventura, California 93003 (hereinafter referred to as "plaintiff").

                                        - 1 -
                    COMPLAINT FOR DECLARATORY JUDGMENT, ETC.

2.     Defendant, WORKS OF LIFE INTERNATIONAL MINISTERIES, INC., on information and belief is a corporation organized under the laws of Nevada, also operating under the tradenames Boats With Causes, Computers With Causes, Collectibles With Causes, Real Estate With Causes, With Causes, Online Car Donation.Org and Donate Car Online respectively, having its principal place of business in California with a business address of  6900 Westcliff Drive #506, Las Vegas, Nevada 89145 and has committed the acts hereinafter alleged within this judicial district (hereinafter referred to as "WLIM" and also collectively as "defendants").

3.     Defendant, CAMERON L. ARBALLO aka CAMERON L. ARBALLO, JR. and aka VINCENT EVERETT, on information and belief, is a resident of California, an officer and/or director of WLIM,  and has committed the acts hereinafter alleged within this judicial district (hereinafter referred to as "Arballo" and also collectively as "defendants").

4.     Plaintiff is informed and believes and therefore alleges that each defendant acted in concert with and as an agent for each other defendant, and at all times was acting within the course and scope of said agency, with the consent, authorization and/or ratification of each other defendant, and in furtherance of a common scheme to threaten plaintiff on baseless grounds of infringement of WLIM's alleged service mark rights in the "Boats With Causes" mark and to commit acts of service mark infringement, false designation of origin, dilution, cyber piracy, unfair competition, tradename infringement and unfair trade practices against plaintiff as well as further harm plaintiff as alleged below.

5.     The true names or capacities, whether individual, corporate, associate or otherwise, of defendants DOES 1 through 10, inclusive, are unknown to plaintiff who therefore sues said defendants by such fictitious names.  Plaintiff is informed and believes and thereon alleges that each of the defendants designated herein as DOE is responsible in some manner for the events and happenings herein referred to and caused injury and damages proximately thereby to plaintiff as herein alleged. As soon as the

true names of DOES 1 through 10 have been ascertained, plaintiff will amend the Complaint accordingly.

<u>JURISDICTION AND VENUE</u>

6. The first claim for relief herein asserted arises under the Federal Declaratory Judgment Act, 29 U.S.C. §§ 2201 and 2202 and the Trademark Law of the United States, 15 U.S.C. 1051 et seq., as hereinafter more fully appears, and accordingly, subject matter jurisdiction for this claim is conferred on this Court pursuant to 15 U.S.C. § 1121 and 28 U.S.C. § 1338(a).

7. The second, third, fourth, fifth and sixth claims for relief herein asserted arise under the Trademark Law of the United States, 15 U.S.C. §§ 1051 et seq., as hereinafter more fully appears, and accordingly, subject matter jurisdiction for these claims is conferred on this Court pursuant to 15 U.S.C. §§ 1119 and 1121 and 28 U.S.C. § 1338(a).

8. The seventh, eighth, ninth, tenth and eleventh claims for relief herein asserted are claims joined with substantial and related claims under the Trademark Law of the United States and, accordingly, subject matter jurisdiction for these claims is conferred on this Court pursuant to 28 U.S.C. § 1338(b) and supplemental jurisdiction for these claims is conferred on this Court pursuant to 28 U.S.C. § 1367.

9. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1331(b) and (c) as defendants committed the acts herein alleged in this judicial district and defendants are doing business in this judicial district.

<u>FACTS COMMON TO ALL CAUSES OF ACTION</u>

10. Plaintiff realleges and incorporates herein fully by reference paragraphs 1 through 9, inclusive, as set forth above.

11. Plaintiff is the owner of record of the following valid and subsisting United States Service Mark Registrations on the Principal Register for the marks, CARS 4 CAUSES, Reg. No. 2,643,105; CARS WITH A CAUSE, Reg. No. 3,117,137; CARS FOR A CAUSE, Reg. No. 3,237,225; CARS FOR CAUSES, Reg. No. 3,333,582 for

charitable fund raising for donor designated charities, namely soliciting, repairing and selling donated vehicles for charitable purposes directed to said designated charity in Int. Class 36; COMMUNITIES FOR CAUSES, Reg. No. 3,894,076 and COMMUNITIES 4 CAUSES, Reg. No. 3,894,077 for charitable fund raising for donor designated community based education and cultural programs, namely, soliciting and selling donated vehicles for charitable fund raising purposes directed to said donor designated community based education and cultural programs in Int. Class 36; BOATS 4 CAUSES, Reg. No. 3,736,622 for charitable fund raising for donor designated charities, namely, soliciting, repairing and selling donated boats for charitable fund raising purposes directed to said designated charity in Int. Class 36; GOODS 4 CAUSES, Reg. No. 3,893,749 and GOODS FOR CAUSES, Reg. No. 3,893,756 for charitable fund raising for donor designated charities, namely, soliciting and selling a wide variety of donated consumer goods of others, principally consumer electronics and general consumer merchandise in Int. Class 36; and MOTORCYCLES 4 CAUSES, Reg. No. 3,985,854 for charitable fund raising for donor designated charities, namely, soliciting, repairing and selling donated motorcycles for charitable fund raising purposes directed to said designated charity in Int. Class 36 (the above referenced service marks collectively referred to as "CARS 4 CAUSES service marks" and the above referenced services collectively referred to as "plaintiff's charitable donation program services"). The U.S. Patent and Trademark Office TESS records for the aforesaid Service Mark Registrations of plaintiff are attached hereto as Exhibit 1. The CARS 4 CAUSES Service Mark Registration has achieved incontestable status under the Federal Trademark Statutes 15 U.S.C. § 1051 et seq. and particularly § 1065. Pursuant to § 1115(b), the above identified CARS 4 CAUSES service marks are conclusive evidence of their validity, plaintiff's ownership of the CARS 4 CAUSES service marks and plaintiff's exclusive right to use the CARS 4 CAUSES service marks in commerce.

12.     Plaintiff has continuously and extensively used, advertised and promoted the said CARS 4 CAUSES service marks in commerce in the United States, in

connection with plaintiff's charitable donation program services as identified in Exhibit 1 and the CARS 4 CAUSES, CARS WITH A CAUSE, CARS FOR A CAUSE and CARS FOR CAUSES service marks in particular have been in use in commerce in connection with those services since at least as early as April 1997, August 2005, June 2006 and December 2006 respectively on plaintiff's Cars 4 Causes' Web Site as well as in radio and advertising print mediums which, on information and belief, is long before the commencement of the actions of defendants complained of hereinafter.

13.     The CARS 4 CAUSES service marks are of substantial value to the plaintiff.  Over the years of plaintiff's use of plaintiff's charitable donation program services using the CARS 4 CAUSES service marks, great effort and substantial sums of money have been expended by plaintiff in the development, advertisement, marketing and promotion of plaintiff's charitable donation program services using the CARS 4 CAUSES service marks and in making the CARS 4 CAUSES service marks familiar to the public who use charitable donation program services in the United States.

14.     As a consequence of plaintiff's continuous and extensive use, advertisement, marketing and promotion of plaintiff's charitable donation program services using plaintiff's CARS 4 CAUSES service marks and of the continuous and extensive sales of plaintiff's charitable donation program services which prominently use the CARS 4 CAUSES service marks, the CARS 4 CAUSES service marks have become distinctive of plaintiff's charitable donation program services and have acquired a secondary meaning in that the public who use charitable donation program services understand and recognize that the CARS 4 CAUSES service marks identify plaintiff's charitable donation program services as distinguished from the charitable donation program services of others.

15.     By virtue of plaintiff's continuous and extensive use, advertisement, marketing and promotion of plaintiff's charitable donation program services as aforesaid using the CARS 4 CAUSES service marks, the suffix portion of the CARS 4 CAUSES service marks have come to designate plaintiff as the single source of origin for

plaintiff's charitable donation program services as distinguished from the charitable donation program services of others.

16.     On information and belief, defendant WLIM and/or defendant Arballo without the knowledge or authorization of plaintiff in or about 2006 registered the domain names boatswithcauses.org, boatswithcauses.com,  computerswithcauses.org, computerswithcauses.net, computerswithcauses.com, collectiblewithcauses.org, collectiblewithcauses.net, collectiblewithcauses.com, realestatewithcauses.org, realestatewithcauses.net, realestatewithcauses.com, withcauses.org, withcauses.net and withcauses.com (hereinafter referred collectively as "defendants' unauthorized domain names").

17.     On information and belief, on dates presently unknown, defendants without the knowledge or authorization of plaintiff commenced use of the Boats With Causes, Computers With Causes, Collectibles With Causes, Real Estates With Causes, and With Causes designations (hereinafter referred collectively as "defendants' unauthorized designations") in the marketing and sale of charitable donation program services including the dissemination of said services over the internet on active web sites entitled Boat With Causes, Computers With Causes, Collectibles With Causes, Real Estate With Causes, With Causes, Online Car Donation.Org and Donate Car Online respectively (hereinafter referred collectively as WLIM's web sites).

18.     On information and belief, WLIM's web sites are accessed by the public's use of defendants' unauthorized domain names and the public are also redirected to WLIM's web sites when using plaintiff's CARS 4 CAUSES service marks as keywords with the intent by defendants to divert consumers from plaintiff's CARS 4 CAUSES' Web Site to WLIM's web sites.

19.     On information and belief, defendants all knowingly participate in the preparation, distribution, marketing and sale of charitable donation program services under defendants' unauthorized designations, WLIM's web sites and defendants'

//

1  unauthorized domain names including the dissemination of said charitable donation
2  program services over the internet.

3  FIRST CLAIM FOR RELIEF FOR DECLARATORY JUDGMENT
4  OF SERVICE MARK NON-INFRINGEMENT
5  UNDER 28 U.S.C. § 2201 AND 2202 et seq.

6  20.  Plaintiff realleges and incorporates herein fully by reference paragraphs 1
7  through 19, inclusive, as set forth above.

8  21.  On or about August 29, 2011, plaintiff's attorney notified defendants by
9  written correspondence that defendants WLIM's unauthorized use of the Boats With
10 Causes mark and registration of the domain name boatswithcauses.org were an
11 infringement of plaintiff's Cars 4 Causes Service Marks.

12 22.  On or about September 15, 2011, WLIM's attorney provided a written
13 response to plaintiff's attorney rejecting the allegation of service mark infringement and
14 alleged in part that WLIM's use of the Boats With Causes term was prior to the first use
15 of plaintiff's BOATS 4 CAUSES service mark and also claimed ownership of U.S.
16 Service Mark Reg. No. 3,721,897 for Computers 4 Causes (hereinafter referred to as
17 "Computer 4 Causes Service Mark Registration").  The U.S. Patent and Trademark
18 Office TESS record for the Computers 4 Causes Registration is attached hereto as
19 Exhibit 2.  The subject letter also demanded that plaintiff file for cancellation of the
20 BOATS 4 CAUSES U.S. Service Mark Reg. No. 3,736,622 and indicated that if
21 WLIM's attorney did not hear from plaintiff's attorney that "we will proceed
22 accordingly and initiate whatever legal action is necessary to assert our client's rights".
23 On or about October 7, 2011, plaintiff's attorney provided a written response to
24 WLIM's attorney which rejected the claims of WLIM and requested in part that WLIM
25 file the appropriate surrender of Registration for cancellation of WLIM's Computers 4
26 Causes Service Mark Registration.

27 23.  On or about October 19, 2011, WLIM's attorney sent a follow-up letter to
28 plaintiff's attorney rejecting plaintiff's claims of service mark infringement concerning

the unauthorized use of the Boats With Causes and Computers 4 Causes marks and related domain names by WLIM.  On or about November 1, 2011, plaintiff's attorney reiterated in a letter to WLIM's attorney that WLIM's continued use of the subject marks and domain names are an infringement of plaintiff's Cars 4 Causes service marks and requested WLIM's voluntary cooperation in discontinuing the infringing uses of the Boats With Causes and Computers 4 Causes marks and related domain names and surrender the Computers 4 Causes Service Mark Registration for cancellation.

24.   To date, defendants have not responded to plaintiff's letter of November 1, 2011.

25.   Contrary to WLIM's allegations, WLIM has not obtained any service mark rights in the Boats With Causes and/or the Computers 4 Causes marks.

26.   Plaintiff's use of the BOATS 4 CAUSES service mark has not and will not infringe any alleged service mark rights of WLIM in the Boats With Causes mark.

27.   Based on the likelihood of WLIM filing a service mark infringement action and/or petition for cancellation of the Boats 4 Causes Registration, plaintiff has a real and reasonable apprehension that it will be subject to liability if plaintiff continues to use the BOATS 4 CAUSES service mark.  Further plaintiff is apprehensive that WLIM's filing of such suit and/or petition for cancellation will cause substantial and irreparable damage and injury to plaintiff and in particular to the valuable goodwill and reputation symbolized by the BOATS 4 CAUSES service mark.

28.   In order to resolve the legal and factual questions raised by WLIM and to afford plaintiff relief from the uncertainty and controversy which WLIM's assertion has caused, plaintiff is entitled to declaratory judgment of its rights pursuant to 28 U.S.C. §§ 2201 and 2202 that the use of the BOATS 4 CAUSES service mark is not in violation of defendants' alleged rights under 15 U.S.C. § 1125 and/or 15 U.S.C. § 1064.

//

//

//

## SECOND CLAIM FOR RELIEF FOR SERVICE MARK
## INFRINGEMENT UNDER THE TRADEMARK LAW OF
## THE UNITED STATES 15 U.S.C. § 1051 et seq.

29.   Plaintiff realleges and incorporates herein fully by reference paragraphs 1 through 28, inclusive, as set forth above.

30.   Defendants' marketing and sale of charitable donation program services under defendants' unauthorized designations and defendants' unauthorized domain names including the dissemination of services over the internet on WLIM's web sites are unauthorized by plaintiff, and is likely to cause confusion and to deceive prospective customers as to the true source of origin of such charitable donation program services. As such, the acts of defendants constitute infringement of the rights secured to plaintiff by federal law pursuant to plaintiff's CARS 4 CAUSES service marks.

31.   Defendants, on information and belief, prior to engaging in the acts herein complained of, had full knowledge of plaintiff's exclusive and long established proprietary rights in and to the CARS 4 CAUSES service marks, but have proceeded in complete disregard thereof.   Defendants also had full knowledge of the extensive recognition and public acceptance of the plaintiff's charitable donation program services offered under the CARS 4 CAUSES service marks, and defendants' aforesaid actions were committed for the purpose of capitalizing thereupon.

32.   On information and belief, the actions of defendants herein above were intentional and expressly aimed at plaintiff whose principal place of business is in California and which said defendants know are likely to cause harm to plaintiff, the brunt of which is likely to be felt by plaintiff in California.

33.   Plaintiff has no control over the quality of charitable donation program services offered and sold by defendants with the result that plaintiff's very valuable goodwill and reputation associated with the CARS 4 CAUSES service marks are subject to the caprice of defendants.

//

34.     Defendants' aforesaid actions have caused and if allowed to continue, will continue to cause sales of plaintiff's charitable donation program services to be lost and/or diverted to defendants, all to plaintiff's damage.   Further, defendants' actions have caused substantial and irreparable damage and injury to plaintiff and in particular to the valuable goodwill and reputation symbolized by the CARS 4 CAUSES service marks, and unless enjoined by this Court, will continue to cause substantial and irreparable damage and injury to plaintiff, for which plaintiff has no adequate remedy at law because no monetary award can adequately compensate plaintiff for the damage to its goodwill and business reputation occasioned by defendants' acts, and because the continuing damage to plaintiff from such acts would be difficult to calculate and would lead to a multiplicity of actions.

<u>THIRD CLAIM FOR RELIEF FOR</u>

<u>FALSE DESIGNATION OF ORIGIN UNDER 15 U.S.C. § 1125(a)</u>

35.     Plaintiff realleges and incorporates herein fully by reference paragraphs 1 through 34, inclusive, as set forth above.

36.     The aforesaid actions of defendants have the effect of falsely designating and representing to the trade and to the public that the charitable donation services offered and sold by defendants or using defendants' unauthorized tradenames, defendants' unauthorized web sites and defendants' unauthorized domain names originate with or have been approved by plaintiff and that such charitable program services meet the high standards of quality maintained by plaintiff for the plaintiff's charitable donation program services.   Defendants' actions were committed knowingly and intentionally to achieve this effect.

37.     Said actions of defendants constitute violation of 15 U.S.C. § 1125(a) in that such false designation and representations of origin and quality are used on or in connection with charitable donation services which defendants cause to enter or to affect commerce which may lawfully be regulated by Congress.

//

38.     Defendants' false designations and representations of origin and quality have caused and, if allowed to continue, will continue to cause sales of plaintiff's charitable donation program services to be lost and/or diverted to defendants, all to plaintiff's damage.  Further, defendants' false designations and representations of origin and quality have caused substantial and irreparable damage and injury to plaintiff and in particular to the valuable goodwill and reputation symbolized by the CARS 4 CAUSES service marks, and unless enjoined by this Court, will continue to cause substantial and irreparable damage and injury to plaintiff, for which plaintiff has no adequate remedy at law because no monetary award can adequately compensate plaintiff for the damage to its goodwill and business reputation occasioned by defendants' acts, and because the continuing damage to plaintiff from such acts would be difficult to calculate and would lead to a multiplicity of actions.

## FOURTH CAUSE OF ACTION FOR DILUTION
## UNDER 15 U.S.C. § 1125(c)

39.     Plaintiff realleges and incorporates herein fully by reference paragraphs 1 through 38, inclusive, as set forth above.

40.     The CARS 4 CAUSES, CARS WITH A CAUSE, CARS FOR A CAUSE and CARS FOR CAUSES service marks are famous and distinctive marks and, on information and belief, were famous and distinctive before defendants' commercial use of defendants' unauthorized designations and defendants' unauthorized domain names.

41.     Defendants commercial use in commerce of defendants' unauthorized designations and defendants' unauthorized domain names on WLIM's web sites is likely to cause dilution of the distinctive quality of the CARS 4 CAUSES, CARS WITH A CAUSE, CARS FOR A CAUSE and CARS FOR CAUSES service marks.

42.     The above-described acts of defendants are likely to cause dilution by blurring and dilution by tarnishment of plaintiff's CARS 4 CAUSES, CARS WITH A CAUSE, CARS FOR A CAUSE and CARS FOR CAUSES service marks and constitute service mark dilution in violation of 15 U.S.C. § 1125(c), entitling plaintiff to relief.

43.   Defendants' acts of dilution by blurring and dilution by tarnishment as aforesaid were willfully intended to harm the reputation and to trade on the recognition of plaintiff's CARS 4 CAUSES, CARS WITH A CAUSE, CARS FOR A CAUSE and CARS FOR CAUSES service marks, all to plaintiff's damages.  Further, defendants acts of dilution have caused substantial and irreparable damage and injury to plaintiff, for which plaintiff has no adequate remedy at law because no monetary award can adequately compensate plaintiff for the damage to its goodwill and business reputation occasioned by defendants' acts, and because the continuing damage to plaintiff from such acts would be difficult to calculate and would lead to a multiplicity of actions.

<u>FIFTH CAUSE OF ACTION FOR</u>

<u>CYBER PIRACY UNDER 15 U.S.C. § 1125(d)</u>

44.    Plaintiff realleges and incorporates herein fully by reference paragraphs 1 through 43, inclusive, as set forth above.

45.   Defendants' registration and use of defendants' unauthorized domain names as aforesaid were done with the bad faith intent to profit from plaintiff's CARS 4 CAUSES and CARS WITH A CAUSE service marks.

46.   Plaintiff's CARS 4 CAUSES and CARS WITH A CAUSE service marks are and were famous at the time that defendants registered defendants' unauthorized domain names.

47.   Plaintiff's CARS 4 CAUSES and CARS WITH A CAUSE service marks are and were distinctive at the time defendants registered defendants' unauthorized domain names.

48.   Defendants were aware of plaintiff's famous and distinctive CARS 4 CAUSES and CARS WITH A CAUSE service marks when defendants registered and used defendants' unauthorized domain names.

49.   Defendants' unauthorized domain names are confusingly similar to plaintiff's famous CARS 4 CAUSES and CARS WITH A CAUSE service marks.

//

50.     Defendants' unauthorized domain names are confusingly similar to or dilutive to plaintiff's CARS 4 CAUSES and CARS WITH A CAUSE service marks.

51.     Said actions of defendants constitutes cyber piracy in violation of 15 U.S.C. § 1125 (d), entitling plaintiff to relief.

52.     Plaintiff on information and belief, alleges that defendants' acts are willful and intended to injure and cause harm to plaintiff.

53.     Defendants' acts of cyber piracy have caused and, if allowed to continue, will continue to cause sales of plaintiff's charitable donation program services to be lost and/or diverted to defendants, all to plaintiff's damages. Further, defendants' acts of cyber piracy have caused substantial and irreparable damage and injury to plaintiff and in particular to the valuable goodwill and reputation symbolized by the CARS 4 CAUSES service marks, and unless enjoined by this Court, will continue to cause substantial and irreparable damage and injury to plaintiff, for which plaintiff has no adequate remedy at law because no monetary award can adequately compensate plaintiff for the damage to its goodwill and business reputation occasioned by defendants' acts, and because the continuing damage to plaintiff from such acts would be difficult to calculate and would lead to a multiplicity of actions.

## SIXTH CAUSE OF ACTION FOR CANCELLATION OF FEDERAL SERVICE MARK REGISTRATION UNDER 15 U.S.C. § 1064

54.     Plaintiff realleges and incorporates herein fully by reference paragraphs 1 through 53, inclusive, as set forth above.

55.     On information and belief, defendant WLIM is the owner of the Computers 4 Causes Service Mark Registration in International Class 36 for charitable fund raising services by means of collecting and redeeming recyclables for donation of redemption proceeds to charitable the community. On information and belief, WLIM has alleged a first use of the Computers 4 Causes mark in commerce of June 1, 2007.

//

//

56.     Plaintiff, for many years and long prior to any date of first use upon which defendant WLIM can rely, has continuously and extensively used, advertised and/or promoted the CARS 4 CAUSES service mark.

57.     Plaintiff's CARS 4 CAUSES service mark prior to defendant WLIM's alleged first use of the Computers 4 Causes mark had become distinctive of plaintiff's charitable donation program services and had acquired a secondary meaning in that the public who use charitable donation program services understand and recognize that the CARS 4 CAUSES service mark identifies plaintiff's charitable donation program services as distinguished from the charitable program services of others.

58.     As a result of plaintiff's considerable efforts and expense in promoting the CARS 4 CAUSES service mark in connection with plaintiff's charitable donation program services, the CARS 4 CAUSES service mark was famous prior to the time of defendant WLIM's alleged first use of the Computers 4 Causes mark.

59.     Plaintiff has been and will continue to be damaged by the existence of defendant WLIM's Computers 4 Causes Service Mark Registration in that the registration obtained by WLIM confers a *prima facie* exclusive right to use in commerce the Computers 4 Causes mark on services similar to those of plaintiff despite plaintiff's prior and continuous use of the CARS 4 CAUSES service mark.  The public who use the charitable donation program services offered by WLIM are likely to be confused into believing that such services emanate, are sponsored by, are endorsed by or otherwise affiliated with plaintiff.

60.     Additionally,  due to the similar nature of defendant WLIM's Computers 4 Causes mark and plaintiff's distinctive and famous CARS 4 CAUSES service mark the continued registration of WLIM's Computers 4 Causes mark has and will continue to cause dilution of the distinctive quality of plaintiff's CARS 4 CAUSES service mark.

61.     By reason of the foregoing, defendants' Computers 4 Causes Service Mark Registration should be cancelled pursuant to 15 U.S.C. §§ 1064 and 1119.

//

## SEVENTH CAUSE OF ACTION FOR VIOLATION
## OF CALIFORNIA UNFAIR TRADE PRACTICES STATUTE,
## BUSINESS AND PROFESSIONS CODE § 17200 et seq.

62.    Plaintiff realleges and incorporates herein fully by reference paragraphs 1 through 61, inclusive, as set forth above.

63.    As set forth above, plaintiff has expended great effort and substantial sums of money in making the CARS 4 CAUSES service marks well known to both the trade and the purchasing public in connection with plaintiff's charitable donation program services and in establishing, in connection therewith, a reputation for quality.  As also set forth above, plaintiff's charitable donation program services offered under the CARS 4 CAUSES service marks have met with wide public approval and recognition in the trade.  As a result of all of the foregoing, the CARS 4 CAUSES service marks have become distinctive of plaintiff and plaintiff's charitable donation program services and have come to be and are understood to refer to quality services originating with plaintiff, as distinguished from charitable donation program services from other sources.

64.    Defendants by adopting defendants' unauthorized designations and defendants' unauthorized domain names which are deceptively similar to plaintiff's CARS 4 CAUSES service marks have diverted plaintiff's valuable proprietary rights in the CARS 4 CAUSES service marks, and the goodwill and reputation symbolized thereof, thereby unfairly competing with plaintiff and as such are in violation of the law of the states in which plaintiff's charitable donation program services using the CARS 4 CAUSES service marks are sold, and in particular, in violation of California Unfair Trade Practices Statute, Business and Professions Code § 17200 et seq..

65.    Defendants' unfair competition and their aforesaid violation of California law have caused and, if allowed to continue, will continue to cause sales of plaintiff's charitable donation program services to be lost and/or diverted to defendants, all to plaintiff's damage.   Further, defendants' acts of unfair competition have caused substantial and irreparable damage and injury to plaintiff, for which plaintiff has no

1  adequate remedy at law because no monetary award can adequately compensate plaintiff

2  for the damage to its goodwill and business reputation occasioned by defendants' acts,

3  and because the continuing damage to plaintiff from such acts would be difficult to

4  calculate and would lead to a multiplicity of actions.

5  <u>EIGHTH CAUSE OF ACTION FOR DILUTION</u>

6  <u>UNDER CALIFORNIA BUSINESS AND</u>

7  <u>PROFESSIONS CODE § 14247</u>

8  66.   Plaintiff realleges and incorporates herein fully by reference paragraphs 1

9  through 65, inclusive, as set forth above.

10  67.   The CARS 4 CAUSES, CARS WITH A CAUSE, CARS FOR A CAUSE

11  and CARS FOR CAUSES service marks are famous and distinctive marks and, on

12  information and belief, were famous and distinctive before defendants' commercial use

13  of defendants' unauthorized designations and defendants' unauthorized domain names.

14  68.   Defendants commercial use in commerce of defendants' unauthorized

15  designations and defendants' unauthorized domain names are likely to cause dilution of

16  the distinctive quality of the CARS 4 CAUSES, CARS WITH A CAUSE, CARS FOR

17  A CAUSE and CARS FOR CAUSES service marks.

18  69.   Accordingly the above-described acts of defendants constitute dilution in

19  violation of California Business and Professions Code § 14247, entitling plaintiff to

20  relief.

21  70.   Defendants' acts of dilution as aforesaid were willfully intended to harm

22  the reputation and to trade on the recognition of plaintiff's CARS 4 CAUSES, CARS

23  WITH A CAUSE, CARS FOR A CAUSE and CARS FOR CAUSES service marks, all

24  to plaintiff's damages.  Further, defendants' acts of dilution have caused substantial and

25  irreparable damage and injury to plaintiff, for which plaintiff has no adequate remedy at

26  law because no monetary award can adequately compensate plaintiff for the damage to

27  its goodwill and business reputation occasioned by defendants' acts, and because the

28  //

continuing damage to plaintiff from such acts would be difficult to calculate and would lead to a multiplicity of actions.

NINTH CAUSE OF ACTION FOR

COMMON LAW UNFAIR COMPETITION

71.    Plaintiff realleges and incorporates herein fully by reference paragraphs 1 through 70, inclusive, as set forth above.

72.    The aforesaid conduct of defendants constitutes common law unfair competition.

73.    Defendants' aforesaid actions in violation of the common law of unfair competition have caused and, if allowed to continue, will continue to cause sales of plaintiff's charitable donation program services marketed under the CARS 4 CAUSES service marks to be lost and/or diverted to defendants all to plaintiff's damage.  Further, defendants' unfair competition have caused substantial and irreparable damage and injury to plaintiff and in particular to the valuable goodwill and reputation symbolized by the CARS 4 CAUSES service marks, and unless enjoined by this Court, will continue to cause substantial and irreparable damage and injury to plaintiff for which plaintiff has no adequate remedy at law because no monetary award can adequately compensate plaintiff for the damage to its goodwill and business reputation occasioned by defendants' acts, and because the continuing damage to plaintiff from such acts would be difficult to calculate and would lead to multiplicity of actions.

74.    The acts of defendants as described above are oppressive, fraudulent and malicious within the definitions of those terms established by California Civil Code Section 3294 and the case law of California. As such defendants are additionally subject to liability for exemplary damages in and amount sufficient to punish defendants and to discourage them and others similarly situated from engaging in such acts in the future.

//

//

//

## TENTH CAUSE OF ACTION FOR COMMON
## LAW SERVICE MARK INFRINGEMENT

75.     Plaintiff realleges and incorporates herein fully by reference paragraphs 1 through 74, inclusive, as set forth above.

76.     Defendants' promotion and sale of charitable donation program services using the defendants' unauthorized designations and defendants' unauthorized domain names is likely to cause confusion between such charitable donation program services marketed and sold by defendants and plaintiff's charitable donation program services, thus constituting and infringement of the plaintiff's valuable common law service mark rights.

77.     Defendants' common law service mark infringement have caused and, if allowed to continue, will continue to cause sales of plaintiff's aforesaid described services to be lost and/or diverted to defendants, all to plaintiff's damage.   Further, defendants' common law service mark infringement have caused substantial and irreparable damage and injury to plaintiff, of which plaintiff has no adequate remedy at law because no monetary award can adequately compensate plaintiff for the damage to its good will and business reputation occasioned by defendants' acts, and because the continuing damage to plaintiff from such acts would be difficult to calculate and would lead to a multiplicity of actions.

## ELEVENTH CLAIM FOR RELIEF FOR
## COMMON LAW TRADENAME INFRINGEMENT

78.     Plaintiff realleges and incorporates herein fully by reference paragraphs 1 through 77, inclusive, as set forth above.

79.     Plaintiff has expended great effort and substantial sums of money in making the CARS 4 CAUSES tradename well known to both the trade and purchasing public in connection with plaintiff's charitable donation program services and in establishing, in connection therewith, a reputation for quality.  Plaintiff's aforesaid services offered under the CARS 4 CAUSES tradename have met with wide public

approval and recognition in the trade.  As a result of all the foregoing, plaintiff's aforesaid CARS 4 CAUSES tradename has become distinctive in the trade and has come to be understood to refer to quality services originating with plaintiff, as distinguished from charitable donation program services from other sources.

80.     Defendants' promotion and sale of charitable donation program services using defendants' unauthorized designations and defendants' unauthorized domain names is likely to cause confusion between such charitable donation program services marketed and sold by defendants and plaintiff's aforesaid described services, thus constituting an infringement of the plaintiff's valuable common law tradename rights.

81.     Defendants' common law tradename infringement have caused and, if allowed to continue, will continue to cause sales of plaintiff's aforesaid described services to be lost and/or diverted to defendants, all to plaintiff's damage.  Further, defendants' common law tradename infringement have caused substantial and irreparable damage and injury to plaintiff, of which plaintiff has no adequate remedy at law because no monetary award can adequately compensate plaintiff for the damage to its goodwill and business reputation occasioned by defendants' acts, and because the continuing damage to plaintiff from such acts would be difficult to calculate and would lead to a multiplicity of actions.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff herein prays:

1.     For a judgment declaring that the use by plaintiff of the BOATS 4 CAUSES service mark does not infringe any service mark rights of defendants.

2.     For a judgment declaring that plaintiff has the right to use the BOATS 4 CAUSES service mark for plaintiff's charitable donation program services free from interference by defendants, their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with any of the defendants in the United States or in any foreign country where the activities of defendants or plaintiff have a substantial effect on interstate or foreign commerce.

3.     For a judgment declaring that defendants have infringed the rights of plaintiff in its CARS 4 CAUSES service marks in violation of 15 U.S.C. § 1114(1), 15 U.S.C. § 1125(a), 15 U.S.C. § 1125(c), 15 U.S.C. § 1125(d), the California Unfair Trade Practices Statute Business and Professions Code § 17000 et seq., the California Dilution Statute, Business and Professions Code § 14247 and have willfully violated the applicable laws of the United States and of the states wherein plaintiff's charitable donation program services are marketed or sold to the public, all to the detriment of plaintiff.

4.     For a judgment declaring United States Service Mark Reg. No. 3,736,622 for Computers 4 Causes be cancelled.

5.     For a preliminary injunction and a permanent injunction enjoining and restraining defendants and each of them, their officers, agents, servants, employees and attorneys, and those persons in active concert or participation with them during the pendency of this action, and thereafter perpetually:

(a)     from using the unauthorized Boats With Causes, Computers With Causes, Collectibles With Causes, Real Estate With Causes and With Causes designations or any word, words, symbol, symbols, phrase, term or domain names confusingly similar thereto alone or prominently displayed in promotional material, advertisements, web pages, signs, or in any other way in connection with the advertising, distribution, offering for sale or sale of any charitable donation program services not emanating from or authorized by plaintiff;

(b)     from displaying as part of any domain name, in labels, promotional material advertisements, signs or in any other way the unauthorized Boats With Causes, Boats 4 Causes, Computers With Causes, Collectibles With Causes, Real Estate With Causes and With Causes designations or any word, words, symbol, symbols, phrase or term confusingly similar thereto in connection with charitable donation program services;

//

   (c) from infringing the CARS 4 CAUSES service marks;

   (d) from committing any acts of false designation of origin against plaintiff relating to the CARS 4 CAUSES service marks;

   (e) from diluting the CARS 4 CAUSES service marks;

   (f) from committing any acts of cyber piracy against the CARS 4 CAUSES service marks;

   (g) from unfairly competing with plaintiff in any manner whatsoever;

   (h) from infringing the common law CARS 4 CAUSES service marks; and

   (i) from infringing the common law CARS 4 CAUSES tradename;

  6. That defendants be directed under 15 U.S.C. § 1116 to file with the Court and serve upon plaintiff within thirty (30) days after the issuance of any injunction a report in writing and under oath setting forth in detail the manner and form in which defendants have complied with the injunction.

  7. That defendants be required to deliver up for destruction and to destroy all signs, labels, literature, letterheads, sign, advertising material, and the like bearing defendants' unauthorized designations and defendants' unauthorized domain names alone or as part of any other such word, words, or mark confusingly similar thereto (and all plates, molds, matrices and all other means and materials for reproducing the same) in association with goods or services not emanating from or authorized by plaintiff.

  8. That damages be assessed and awarded to plaintiff for the service mark infringement, false designation of origin, dilution, cyber piracy, unfair competition and tradename infringement committed by defendants including damages pursuant to 15 U.S.C. §§ 1117(a) and/or 1117(d) respectively.

//
//
//
//

9.      That defendants be ordered to transfer the defendants' unauthorized domain names to plaintiff.

10.     That plaintiff have and recovers costs and attorneys' fees pursuant to U.S.C. § 1111.

11.     That punitive damages in an amount presently unknown be assessed and awarded plaintiff for defendants' oppressive, fraudulent and malicious unlawful acts devised to injure plaintiff.

12.     That defendants be ordered to engage in corrective advertising to the extent necessary to correct any consumer confusion or misperceptions resulting from defendants' unlawful acts complained of above.

13.     That plaintiff has an accounting from defendants.

14.     That plaintiff recover the costs of this action, including attorneys' fees and expenses.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

15.     That plaintiff have such other and further relief as the Court may deem just and the circumstances warrant.

Respectfully submitted,

LAW OFFICES OF EDOUARD V. ROSA

Dated: December 13, 2011          By: _____

Edouard V. Rosa
Attorney for Plaintiff
CARS 4 CAUSES

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

LAW OFFICES OF EDOUARD V. ROSA

Dated:  December 13, 2011          By: _____

Edouard V. Rosa
Attorney for Plaintiff
CARS 4 CAUSES

COMPLAINT FOR DECLARATORY JUDGMENT, ETC.

Trademark Electronic Search System (TESS)  http://tess2.uspto.gov/bin/showfield?f=doc&state=4005:j70mug.2

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Mon Dec 12 04:36:00 EST 2011*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)* |

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | **CARS 4 CAUSES** |
| **Goods and Services** | IC 036. US 100 101 102. G & S: Charitable fund raising for donor designated charities, namely, soliciting, repairing, and selling donated vehicles for charitable fund raising purposes directed to said designated charity. FIRST USE: 19970400. FIRST USE IN COMMERCE: 19970400 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75331433 |
| **Filing Date** | July 28, 1997 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | April 13, 1999 |
| **Registration Number** | 2643105 |
| **Registration Date** | October 29, 2002 |
| **Owner** | (REGISTRANT) Lee, Rose INDIVIDUAL UNITED STATES |
| | (LAST LISTED OWNER) CARS 4 CAUSES CORPORATION CALIFORNIA 4864 MARKET ST., SUITE D VENTURA CALIFORNIA 93003 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | EDOUARD V. ROSA |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT 1

Trademark Electronic Search System (TESS)                    http://tess2.uspto.gov/bin/showfield?f=doc&state=4005:j70mug.

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Dec 12 04:36:00 EST 2011*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC
NEXT DOC | LAST DOC

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [        ] OR Jump | to record: [        ]   **Record 1 out of 3**

TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# CARS WITH A CAUSE

| | |
|---|---|
| Word Mark | CARS WITH A CAUSE |
| Goods and Services | IC 036. US 100 101 102. G & S: Charitable fund raising for donor designated charities, namely, soliciting, repairing, and selling donated vehicles for charitable fund raising purposes directed to said designated charity. FIRST USE: 20050802. FIRST USE IN COMMERCE: 20050802 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 78684060 |
| Filing Date | August 2, 2005 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | April 25, 2006 |
| Registration Number | 3117137 |
| Registration Date | July 18, 2006 |
| Owner | (REGISTRANT) Cars 4 Causes CORPORATION CALIFORNIA 4864 Market Street, Unit "D" Ventura CALIFORNIA 93003 |
| Attorney of Record | Edouard V. Rosa |
| Prior Registrations | 2643105 |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC
NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Electronic Search System (TESS)                    http://tess2.uspto.gov/bin/showfield?f=doc&state=4005:j70mug.4

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Dec 12 04:36:00 EST 2011*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# CARS FOR A CAUSE

| | |
|---|---|
| **Word Mark** | CARS FOR A CAUSE |
| **Goods and Services** | IC 036. US 100 101 102. G & S: Charitable fund raising for donor designated charities, namely, soliciting, repairing, and selling donated vehicles for charitable fund raising purposes directed to said designated charity. FIRST USE: 20060626. FIRST USE IN COMMERCE: 20060626 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78919425 |
| **Filing Date** | June 28, 2006 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | February 13, 2007 |
| **Registration Number** | 3237225 |
| **Registration Date** | May 1, 2007 |
| **Owner** | (REGISTRANT) CARS 4 CAUSES CORPORATION CALIFORNIA 4864 Market Street, Unit D Ventura CALIFORNIA 93003 |
| **Attorney of Record** | Edouard V. Rosa |
| **Prior Registrations** | 2643105;3117137 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Electronic Search System (TESS)               http://tess2.uspto.gov/bin/showfield?f=doc&state=4005:j70mug.

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Dec 12 04:36:00 EST 2011*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC |
| PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [        ] OR  Jump  to record: [        ]   **Record 3 out of 3**

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

# CARS FOR CAUSES

| | |
|---|---|
| **Word Mark** | CARS FOR CAUSES |
| **Goods and Services** | IC 036. US 100 101 102. G & S: Charitable fund raising for donor designated charities, namely, soliciting, repairing, and selling donated vehicles for charitable fund raising purposes directed to said designated charity. FIRST USE: 20061227. FIRST USE IN COMMERCE: 20061227 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77072124 |
| **Filing Date** | December 27, 2006 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 28, 2007 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | 3333582 |
| **Registration Date** | November 13, 2007 |
| **Owner** | (REGISTRANT) CARS 4 CAUSES CORPORATION CALIFORNIA 4864 Market Street, Unit D Ventura CALIFORNIA 93003 |
| **Attorney of Record** | Edouard V. Rosa |
| **Prior Registrations** | 2643105;3117137 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC |
| PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Electronic Search System (TESS)                    http://tess2.uspto.gov/bin/showfield?f=doc&state=4005:j70mug.



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Mon Dec 12 04:36:00 EST 2011*



Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [        ] OR Jump | to record: [        ]   **Record 2 out of 2**

TARR Status | ASSIGN Status | TDR | TTAB Status | ( *Use the "Back" button of the Internet Browser to return to TESS* )

# COMMUNITIES FOR CAUSES

| | |
|---|---|
| **Word Mark** | COMMUNITIES FOR CAUSES |
| **Goods and Services** | IC 036. US 100 101 102. G & S: charitable fund raising for donor designated community based education and cultural programs, namely, soliciting and selling donated vehicles for charitable fund raising purposes directed to said donor designated community based education and cultural programs. FIRST USE: 20100707. FIRST USE IN COMMERCE: 20100707 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85083386 |
| **Filing Date** | July 13, 2010 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 5, 2010 |
| **Registration Number** | 3894076 |
| **Registration Date** | December 21, 2010 |
| **Owner** | (REGISTRANT) CARS 4 CAUSES CORPORATION CALIFORNIA 4864 Market Street, Unit D Ventura CALIFORNIA 93003 |
| **Attorney of Record** | Edouard V. Rosa |
| **Prior Registrations** | 2643105;3333582;3530621;AND OTHERS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

Trademark Electronic Search System (TESS)                    http://tess2.uspto.gov/bin/showfield?f=doc&state=4005:j70mug.8

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Dec 12 04:36:00 EST 2011*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC |
| NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [      ] OR Jump | to record: [      ]   **Record 1 out of 2**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# COMMUNITIES 4 CAUSES

| | |
|---|---|
| **Word Mark** | COMMUNITIES 4 CAUSES |
| **Goods and Services** | IC 036. US 100 101 102. G & S: charitable fund raising for donor designated community based education and cultural programs, namely, soliciting and selling donated vehicles for charitable fund raising purposes directed to said donor designated community based education and cultural programs. FIRST USE: 20100707. FIRST USE IN COMMERCE: 20100707 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Trademark Search Facility Classification Code** | NUM-4 The number 4 or the word Four |
| **Serial Number** | 85083430 |
| **Filing Date** | July 13, 2010 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 5, 2010 |
| **Registration Number** | 3894077 |
| **Registration Date** | December 21, 2010 |
| **Owner** | (REGISTRANT) CARS 4 CAUSES CORPORATION CALIFORNIA 4864 Market Street, Unit D Ventura CALIFORNIA 93003 |
| **Attorney of Record** | Edouard V. Rosa |
| **Prior Registrations** | 2643105;3333582;3530621;AND OTHERS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC |
| NEXT DOC | LAST DOC |

Trademark Electronic Search System (TESS)                    http://tess2.uspto.gov/bin/showfield?f=doc&state=4005:j70mug.9.

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Dec 12 04:36:00 EST 2011

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# BOATS 4 CAUSES

| | |
|---|---|
| **Word Mark** | BOATS 4 CAUSES |
| **Goods and Services** | IC 036. US 100 101 102. G & S: charitable fund raising for donor designated charities, namely, soliciting, repairing and selling donated boats for charitable fund raising purposes directed to said designated charity. FIRST USE: 20070307. FIRST USE IN COMMERCE: 20070307 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Trademark Search Facility Classification Code** | NUM-4 The number 4 or the word Four |
| **Serial Number** | 77755298 |
| **Filing Date** | June 9, 2009 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 27, 2009 |
| **Registration Number** | 3736622 |
| **Registration Date** | January 12, 2010 |
| **Owner** | (REGISTRANT) CARS 4 CAUSES CORPORATION CALIFORNIA 4864 Market Street, Unit D Ventura CALIFORNIA 93003 |
| **Attorney of Record** | Edouard V. Rosa |
| **Prior Registrations** | 2643105;3117137;3237225 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |

Trademark Electronic Search System (TESS)                    http://tess2.uspto.gov/bin/showfield?f=doc&state=4005:j70mug.10.

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Dec 12 04:36:00 EST 2011*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC |
| PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:  [      ]   OR  Jump  to record: [      ]   **Record 4 out of 10**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# GOODS 4 CAUSES

| | |
|---|---|
| Word Mark | GOODS 4 CAUSES |
| Goods and Services | IC 036. US 100 101 102. G & S: charitable fund raising for donor designated charities, namely, soliciting and selling a wide variety of donated consumer goods of others, principally consumer electronics and general consumer merchandise. FIRST USE: 20100429. FIRST USE IN COMMERCE: 20100429 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Trademark Search Facility Classification Code | NUM-4 The number 4 or the word Four |
| Serial Number | 85032154 |
| Filing Date | May 6, 2010 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | October 5, 2010 |
| Registration Number | 3893749 |
| Registration Date | December 21, 2010 |
| Owner | (REGISTRANT) CARS 4 CAUSES CORPORATION CALIFORNIA 4864 Market Street, Unit D Ventura CALIFORNIA 93003 |
| Attorney of Record | Edouard V. Rosa |
| Prior Registrations | 2643105;3117137;3237225;AND OTHERS |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC |
| PREV DOC | NEXT DOC | LAST DOC |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Electronic Search System (TESS)                    http://tess2.uspto.gov/bin/showfield?f=doc&state=4005:j70mug.1

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

### Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Dec 12 04:36:00 EST 2011*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC |
| PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [     ]   OR   Jump   to record: [     ]   **Record 3 out of 10**

| TARR Status | ASSIGN Status | TDR | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# GOODS FOR CAUSES

| | |
|---|---|
| **Word Mark** | **GOODS FOR CAUSES** |
| **Goods and Services** | IC 036. US 100 101 102. G & S: charitable fund raising for donor designated charities, namely, soliciting and selling a wide variety of donated consumer goods of others, principally consumer electronics and general consumer merchandise. FIRST USE: 20100429. FIRST USE IN COMMERCE: 20100429 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Trademark Search Facility Classification Code** | SHAPES-MISC Miscellaneous shaped designs |
| **Serial Number** | 85032190 |
| **Filing Date** | May 6, 2010 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 5, 2010 |
| **Registration Number** | 3893756 |
| **Registration Date** | December 21, 2010 |
| **Owner** | (REGISTRANT) CARS 4 CAUSES CORPORATION CALIFORNIA 4864 Market Street, Unit D Ventura CALIFORNIA 93003 |
| **Attorney of Record** | Edouard V. Rosa |
| **Prior Registrations** | 2643105;3117137;3237225;AND OTHERS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC |
| PREV DOC | NEXT DOC | LAST DOC |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Electronic Search System (TESS)                    http://tess2.uspto.gov/bin/showfield?f=doc&state=4005:j70mug.1

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Dec 12 04:36:00 EST 2011*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

# Motorcycles 4 Causes

| | |
|---|---|
| **Word Mark** | MOTORCYCLES 4 CAUSES |
| **Goods and Services** | IC 036. US 100 101 102. G & S: Charitable fund raising for donor designated charities, namely, soliciting, repairing and selling donated motorcycles for charitable fund raising purposes directed to said designated charity. FIRST USE: 20101220. FIRST USE IN COMMERCE: 20101220 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85204368 |
| **Filing Date** | December 22, 2010 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 12, 2011 |
| **Registration Number** | 3985854 |
| **Registration Date** | June 28, 2011 |
| **Owner** | (REGISTRANT) CARS 4 CAUSES CORPORATION CALIFORNIA 4864 Market Street, Unit D Ventura CALIFORNIA 93003 |
| **Attorney of Record** | Edouard V. Rosa |
| **Prior Registrations** | 2643105;3117137;3237225;AND OTHERS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Electronic Search System (TESS)                    http://tess2.uspto.gov/bin/showfield?f=doc&state=4005:j70mug.1:

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Dec 12 04:36:00 EST 2011*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# Computers 4 Causes

| | |
|---|---|
| Word Mark | **COMPUTERS 4 CAUSES** |
| Goods and Services | IC 036. US 100 101 102. G & S: Charitable fund raising services by means of collecting and redeeming recyclables for donation of redemption proceeds to charitable the community. FIRST USE: 20070601. FIRST USE IN COMMERCE: 20070601 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Trademark Search Facility Classification Code | NUM-4 The number 4 or the word Four |
| Serial Number | 77734750 |
| Filing Date | May 12, 2009 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | September 22, 2009 |
| Registration Number | 3721897 |
| Registration Date | December 8, 2009 |
| Owner | (REGISTRANT) Works Of Life International Ministries Inc. CORPORATION NEVADA 1081 S. Cimmaron Las Vegas NEVADA 89145 |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT 2