RAJ V. ABHYANKER (SBN# 233284)
raj@legalforcelaw.com
Kuscha Hatami Fard (SBN# 282954)
Kuscha@legalforcelaw.com
RAJ ABHYANKER, P.C.
1580 W. El Camino Real, Suite 13
Mountain View, CA 94040
Telephone: (650) 965-8731
Facsimile: (650) 989-2131

Attorneys for Defendants, WORKS OF LIFE INTERNATIONAL MINISTRIES, INC. and CAMERON L. ARBALLO

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARS 4 CAUSES,<br><br>Plaintiff,<br>v.<br><br>WORKS OF LIFE INTERNATIONAL MINISTRIES, INC., a Nevada Corporation, CAMERON L. ARBALLO, aka CAMERON L. ARBALLO, JR. and aka VINCENT EVERETT, an individual and DOES 1 through 10, inclusive<br><br>Defendants<br><br>WORKS OF LIFE INTERNATIONAL MINISTRIES, INC., a Nevada Corporation, CAMERON L. ARBALLO, aka CAMERON L. ARBALLO, JR. and aka VINCENT EVERETT, an individual<br><br>Cross-complainant,<br>v.<br>CARS 4 CAUSES<br><br>Cross Defendants. | CASE NO: 2:11-CV-10315-DMG (SHx)<br><br>**CROSS COMPLAINANT WORKS OF LIFE INTERNATIONAL MINISTRIES, INC. AND CAMERON L. ARBALLO'S CROSS COMPLAINT TO FIRST AMENDED COMPLAINT**<br><br><u>Assigned to</u>: Judge Dolly M. Gee<br><u>Referred to</u>: Magistrate Judge Stephen J. Hillman<br><br><u>Complaint Filed</u>: December 14, 2011<br><br>**JURY TRIAL DEMANDED** |

- 1 -

DEFENDANT WORKS OF LIFE INTERNATIONAL MINISTRIES, INC.'S ANSWER

## COUNTERCLAIMS

## PARTIES

1. Counterclaim-Plaintiff Works of Life International Ministries, Inc. is a corporation organized under the laws of the state of Nevada that provides charitable services through its volunteers in the State of California.

2. On information and belief, Counterclaim Defendants Cars4Causes is a corporation organized under the laws of the state of California having a principal place of business at 4864 Market Street, Suite D, Ventura, California.

## JURISDICTION AND VENUE

3. This is an action for trademark infringement and unfair competition arising under the Trademark Act of 1946, 15 U.S.C. § 1051 et. seq. and under the unfair competition laws of the State of California. This Court has jurisdiction over the subject matter of this action under the Trademark Act of 1946, 15 U.S.C. § 1051 et. seq. and 28 U.S.C. §§ 1331 and 1338. This Court has supplemental jurisdiction over the state law counterclaims, which arise out of the same nucleus of operative facts as the substantial Federal law counterclaims, pursuant to 28 U.S.C. § 1367.

4. Counter-defendant Cars4Causes are subject to this Court's personal jurisdiction as a result of the fact that it is incorporated in the State of California, it has its principle place of business in the State of California and in this judicial district, and it provides infringing goods and services that contain the BOATS 4 CAUSES, GOODS 4 CAUSES, GOODS FOR CAUSES, and GADGETS 4 CAUSES trademarks in in the State of California and in this judicial district.

5. Venue is proper in this judicial district under 28 U.S.C. § 1391 because, among other things, the injury caused by the actions of the Counterclaim Defendant was felt in this district.

## NATURE OF THE ACTION

6. Counterclaim-Plaintiff Works of Life International Ministries, Inc. began in 1999 as group of Christian individuals who joined together to meet the needs of others, both great and small.

7. In furtherance of this goal, Works of Life provides a multitude of charitable services, including, pediatric care financial assistance, assistance for the elderly, disaster relief, active military and veterans assistance, help for battered women and children, assistance to those with emergency financial needs, vocational assistance, assistance to the homeless, educational causes, and assistance both financial and manpower to other charitable organizations.

8. One way through which Works of Life meets the needs of others is by providing the With Causes charitable network, which allows individuals and business to make on-line donations of items, such as cars, trucks, motorcycles, boats, computers, real estate, timeshares, and collectibles for the benefit of , may donate items on-line for the benefit of a variety of charities, including the March of Dimes, tolerance.org, the Leukemia & Lymphoma Society, and Easter Seals Disability Services.

9. Members of the public can access Works of Life's on-line donation services through multiple web sites, including

10. This is an action for trademark infringement and unfair competition arising under the Lanham Act, 15 U.S.C. § 1051 et seq., and Federal and State common law. Counter-defendant has willfully and unlawfully infringed www.worksoflife.org, www.withcauses.org, www.collectibleswithcauses.com, www.donatecaronline.org, www.onlineboatdonation.org, www.computerswithcauses.com, www.donatedomainnames.org, www.onlinecardonation.org, www.boatswithcauses.org; and www.realestatewithcauses.org.

11. Works of Life is the owner of the following Federally Registered Trademarks: COMPUTERS 4 CAUSES (U.S. Trademark Registration No. 3721897), WITH CAUSES (U.S. Trademark Registration No. 4138698), and ONLINE CAR DONATION.ORG (U.S. Trademark Registration No. 3255855).

12. Works of Life first used the ONLINECARDONATION.ORG trademark in commerce on December 5, 2002; first used the COMPUTERS 4 CAUSES trademark in commerce on June 1, 2007; and first used the WITH CAUSES trademark on May 15, 2006.

13. Works of Life also holds common law trademark rights in the following marks: COMPUTERS WITH CAUSES, REAL ESTATE WITH CAUSES, COLLECTABLES WITH

- 3 -

CAUSES, BOATS WITH CAUSES (currently the subject of U.S. Trademark Application No. 85509580), and ONLINE BOAT DONATION.ORG.

14. Works of Life first used the COMPUTERS WITH CAUSES trademark in commerce at least as early as 3/29/2006 ; first used the REAL ESTATE WITH CAUSES trademark in commerce at least as early as 3/29/2006; first used the COLLECTABLES WITH CAUSES trademark in commerce at least as early as 3/29/2006; first used the BOATS WITH CAUSES trademark at least as early as June 13, 2006; and first used the ONLINE BOAT DONATION.ORG. trademark in commerce at least as early as 5/14/2007.

15. The significant investment of time, effort, and financial resources by Works of Life has allowed it to build significant good will among the members of the public who volunteer for and donate to charities ("Charitable Givers"). This group of Charitable Givers also associate the COMPUTERS 4 CAUSES, WITH CAUSES, ONLINE CAR DONATION.ORG, COMPUTERS WITH CAUSES, REAL ESTATE WITH CAUSES, COLLECTABLES WITH CAUSES, BOATS WITH CAUSES, and ONLINE BOAT DONATION.ORG with Works of Life and its good will.

16. Counterclaim-defendant Cars4Causes solicited on-line donations from Charitable Givers to donate cars, motorcycles, recreational vehicles, and gadgets on the Cars4Causes website http://www.cars4causes.net/ and to donate boats using the boats4causes website http://www.boats4causes.org.

17. Cars4Causes, on its websites, claims rights to the BOATS 4 CAUSES trademark (U.S. Trademark Registration No. 373662), which is confusingly similar to Works of Life's BOATS WITH CAUSES trademark. The records of the United States Patent and Trademark Office ("USPTO") show that BOATS 4 CAUSES trademark was first used in commerce on March 7, 2007, over nine (9) months after Works of Life first used its BOATS WITH CAUSES trademark.

18. Cars4Causes, on its websites, claims rights to the GOODS 4 CAUSES (U.S. Trademark Registration No. 3893749) and GOODS FOR CAUSES (U.S. Trademark Registration No. 3893756) trademarks, which are confusingly similar to Works of Life's COMPUTERS 4

CAUSES trademark.  The records of the USPTO show that the GOODS 4 CAUSES and GOODS FOR CAUSES trademarks were first used in commerce on March 4, 2010, over three and a half years after Works of Life first used the COMPUTERS 4 CAUSES trademark in commerce.

19. Cars4Causes, on its websites, claims rights to the GADGETS 4 CAUSES trademark (U.S. Trademark Application No. 85184122), which is confusingly similar to Works of Life's COMPUTERS 4 CAUSES trademark.  The records of the USPTO show that the GADGETS 4 CAUSES trademark application was an intent to use application filed on November 23, 2011, as such Cars4Causes admitted that this trademark had not been used in commerce prior to November 23, 2011 over four (4) years after Works of Life first used its COMPUTERS WITH CAUSES trademark in commerce.

**PRAYER FOR RELIEF**

WHEREFORE, Works of Life demands judgment in its favor, including the follows:

A. Dismissal of all of Cars4Causes' claims against Works of Life, in their entirety and with prejudice;

B. A declaration that Works of Life does not infringe and has not infringed any of the trademarks asserted by Cars4Causes, whether directly or indirectly;

C. A declaration that Cars4Causes take nothing by way of its Complaint;

D. That Cars4Causes be enjoined from any use of the COMPUTERS 4 CAUSES, WITH CAUSES, ONLINE CAR DONATION.ORG, COMPUTERS WITH CAUSES, REAL ESTATE WITH CAUSES, COLLECTABLES WITH CAUSES, BOATS WITH CAUSES, and ONLINE BOAT DONATION.ORG marks on goods and services which are offered to the public;

E. That a preliminary and permanent injunction be issued enjoining Cars4Causes and its agents, servants, employees, and all persons in active concert or participation with them from using the COMPUTERS 4 CAUSES, WITH CAUSES, ONLINE CAR

DONATION.ORG, COMPUTERS WITH CAUSES, REAL ESTATE WITH CAUSES, COLLECTABLES WITH CAUSES, BOATS WITH CAUSES, and ONLINE BOAT DONATION.ORG marks;

F. That Cars4Causes remove form use any interior or exterior display of the COMPUTERS 4 CAUSES, WITH CAUSES, ONLINE CAR DONATION.ORG, COMPUTERS WITH CAUSES, REAL ESTATE WITH CAUSES, COLLECTABLES WITH CAUSES, BOATS WITH CAUSES, and ONLINE BOAT DONATION.ORG marks, including any website/on-line displays;

G. That Cars4Causes be required to pay to Works of Life such damages as Works of Life has sustained as a consequence of their infringement and unfair competition, and to account to Works of Life for all gains, profits, and advantages derived by it by virtue of its infringement, and/or that Works of Life be awarded profits pursuant to 15 U.S.C. § 1117 and state common and statutory law;

H. That the monetary award to Works of Life be increased based on willful infringement pursuant to 15 U.S.C. § 1117;

I. That the Court find this case to be exceptional and award reasonable attorneys' fees to Works of Life; and

J. For such other and further relief as the Court may deem just and proper.

Respectfully submitted

                                              RAJ ABHYANKER, P.C.
                                              Raj V. Abhyanker
                                              Kuscha Hatami Fard

Dated: November 13, 2012                     By /s/ Kuscha Hatami Fard
                                                    Kuscha Hatami Fard

                                              Attorneys for Defendants, WORKS OF LIFE

Raj Abhyanker, P.C.
Mountain View, CA
rajpatent.com

INTERNATIONAL MINISTRIES, INC. and CAMERON L. ARBALLO

## DEMAND FOR A JURY TRIAL

Defendant Works of Life International Ministries, Inc. and Cameron Arballo demand a jury trial is provided by Rule 38(a) of the Federal Rules of Civil Procedure.

Respectfully submitted<br>
RAJ ABHYANKER, P.C.<br>
Raj V. Abhyanker<br>
Kuscha Hatami Fard

Dated: November 12, 2012         By /s/ Kuscha Hatami Fard
                                 Kuscha Hatami Fard

                                 Attorneys for Defendants, WORKS OF LIFE INTERNATIONAL MINISTRIES, INC. and CAMERON L. ARBALLO

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, Kuscha Hatami Fard, declare that I am over the age of eighteen and not a party to this action. My business address is 1580 W. El Camion Real., Suite 13, which is located in Mountain View, California, where the service described below took place.

On November 13, at my place of business at 1580 W. El Camion Real. Suite 13, Mountain View, California, a copy of the following document:

**DEFENDANTS WORKS OF LIFE INTERNATIONAL MINISTRIES, INC. AND CAMERON L. ARBALLO'S ANSWER AND RELATED COUNTER CLAIMS**

Addressed to:

Edouard V. Rosa
Law Offices of Edouard V. Rosa
28047 Dorothy Drive, Suite 305
Agoura Hills, California 91301

Attorney for CARS 4 CAUSES

Were served by the following means:

[x]   BY FIRST CLASS MAIL: I placed the above documents in a sealed envelope for deposit in the United states Postal Service, with first class postage fully prepaid, and that envelope was placed for collection and mailing on that date following ordinary business practices.

[x[   BY ELECTRONIC MAIL: evrosalaw@att.net

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on Novembe 12, 2012 at Mountain View, California.

By     /s/ Kuscha Hatami Fard
       Kuscha Hatami Fard

- 8 -