Edouard V. Rosa, (SBN 108600)
 *evrosalaw@att.net*
LAW OFFICES OF EDOUARD V. ROSA
28047 Dorothy Drive, Suite 305
Agoura Hills, California 91301
(818) 735-0590 • Fax: (818) 735-0594

Eric S. Engel (SB# 105656)
 *e.engel@conklelaw.com*
Zachary Page (SB# 293885)
 *z.page@conklelaw.com*
CONKLE, KREMER & ENGEL, PLC
3130 Wilshire Boulevard, Suite 500
Santa Monica, California  90403-2351
(310) 998-9100 • Fax: (310) 998-9109

Attorneys for Plaintiff Cars 4 Causes

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CARS 4 CAUSES, a California Corporation,<br>              Plaintiff,<br>     v.<br>WORKS OF LIFE INTERNATIONAL MINISTRIES, INC., a Nevada Corporation, CAMERON L. ARBALLO aka CAMERON L. ARBALLO, JR. and aka VINCENT EVERETT, an individual and DOES 1 Through 10, inclusive,<br>              Defendants.<br><br>WORKS OF LIFE INTERNATIONAL MINISTRIES, INC., a Nevada Corporation,<br>              Counterclaimant,<br>     v.<br>CARS 4 CAUSES, a California Corporation,<br>              Counterdefendant. | CASE No. CV11-10315 JLQ (PLAx)<br><br>**STATUS REPORT REGARDING SETTLEMENT**<br><br>Case Filed:  Dec. 14, 2011<br>Judge: Hon. Justin L. Quackenbush<br><br>Status Conference<br>Date:   May 1, 2014<br>Time:   9:00 a.m.<br>Place:   Courtroom 1 |

0424.002\9892

TO THE COURT AND PARTIES OF RECORD:

As previously reported, the parties in this action signed a final and binding Settlement Agreement on April 17, 2014. A true copy of the Settlement Agreement is attached as Exhibit 1.

The Settlement Agreement requires the parties to stipulate to entry of a Permanent Injunction to end this action, with all parties to bear their own fees, costs and expenses. On April 23, 2014, Plaintiff delivered a draft Permanent Injunction and Stipulation for Entry of Permanent Injunction to Defendants. Defendants responded on April 29 and 30, 2014, requesting certain changes to the draft Permanent Injunction. One change requested by Defendants was agreed to by Plaintiff, and Plaintiff prepared what was expected to be a final Stipulation for Entry of Permanent Injunction (attached hereto as Exhibit 2) and a proposed Permanent Injunction (attached hereto as Exhibit 3), for submission to the Court.

At 3:48 p.m. on April 30, Defendants requested that the proposed Permanent Injunction be modified again to include terms that the Settlement Agreement had not included among the terms to be made part of the Permanent Injunction. Plaintiff declined to make that change. This last-minute disagreement necessitates that the May 1, 2014 Status Conference proceed as scheduled. At the Status Conference, Plaintiffs will request that the Court enter the Permanent Injunction that is attached hereto as Exhibit 3.

Dated: April 30, 2014

CONKLE, KREMER & ENGEL
Professional Law Corporation

By: *s/Eric S. Engel/s*
Eric S. Engel
Attorneys for Plaintiff Cars 4 Causes

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 3130 Wilshire Boulevard, Suite 500, Santa Monica, California 90403-2351.

On April 30, 2014, I served true copies of the following document(s) described as **STATUS REPORT REGARDING SETTLEMENT** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 30, 2014, at Santa Monica, California.

*s/Eric S. Engel/s*
Eric S. Engel

0424.002\9892

-0-

STATUS REPORT REGARDING SETTLEMENT

# SERVICE LIST
## Cars 4 Causes v. Work of Life International Ministries, Inc. et al.
## CV11-10315 VAP (PLAx)

| | |
|---|---|
| Bruno W. Tarabichi<br>  bruno@legalforcelaw.com<br>Brian Orion<br>  brian@legalforcelaw.com<br>Heather R. Norton<br>  heather@legalforcelaw.com<br>Raj Abhyanker, P.C.<br>1580 W. El Camino Real, Suite 13<br>Mountain View, California 94040<br>Telephone: (650) 965-8731<br>Facsimile: (650) 989-2131<br>*Attorneys for Defendants*<br>*Works of Life International Ministries, Inc. and Cameron L. Arballo* | Edouard V. Rosa<br>  evrosalaw@att.net<br>Law Offices Of Edouard V. Rosa<br>28047 Dorothy Drive, Suite 305<br>Agoura Hills, California 91301<br>Telephone: (818) 735-0590<br>Facsimile: (818) 735-0594<br>*Co-Counsel for Plaintiff and Counterdefendant Cars 4 Causes* |

Joshua D. Taylor
  jtaylor262@hotmail.com
Legal Force Law
1580 W. El Camino Real, Suite 08
Mountain View, California 94040
Telephone: (310) 936-7524
*Attorneys for Defendants*
*Works of Life International Ministries, Inc. and Cameron L. Arballo*

Susan Barilich, Esq.
  barilichlaw@msn.com
Susan Barilich, P.C.
535 N. Brand Blvd. Ste. 504
Glendale, California 91203
Telephone: (818) 500-0377
*Attorneys for Defendants*
*Works of Life International Ministries, Inc. and Cameron L. Arballo*